No. 1482. People, Appellee, *v.* Nicot, Appellant.—Violation of Internal Revenue Law. Ponce. March 29, 1920. *Affirmed.*

No. 283. Díaz, Petitioner, *v.* Campillo, District Judge, Respondent.—Certiorari. San Juan. March 29, 1920. *Denied.*

No. 282. Boerman, Petitioner, *v.* Sepúlveda, District Judge, Respondent.—Certiorari. Ponce. March 30, 1920. *Denied.*

No. 284. Rodríguez, Petitioner, *v.* Lloreda, District Judge, Respondent.—Certiorari. Arecibo. March 30, 1920. *Denied.*

No. 2205. Pavón, Appellant, *v.* Martínez, Appellee.—Dominion title. San Juan. March 30, 1920. *Dismissed.*

No. 2039. Guzmán, Appellant, *v.* Mercado, Appellee.—Damages. Ponce. March 30, 1920. *Affirmed.*

No. 1481. People, Appellee, *v.* Torruella, Appellant.—Violation of Internal Revenue Law. Ponce. March 30, 1920. *Affirmed.*

No. 1500. People, Appellee, *v.* Ortiz, Appellant.—Assault and battery. San Juan. April 6, 1920. *Withdrawn.*

No. 286. Rodríguez, Petitioner, *v.* Lloreda, District Judge, Respondent.—Certiorari. Arecibo. April 8, 1920. *Denied.*